# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

MAHNAZ HOSSEINIBENSENJAN,

      Plaintiff,

      v.

U.S DEPARTMENT OF HOMELAND
SECURITY; et al.,

      Defendants.

Case No.: 26-cv-2055-BJC-MSB

**ORDER GRANTING JOINT MOTION TO DISMISS**

**[ECF No. 6]**

Having considered the parties' Joint Motion to Dismiss, and finding good cause therefore, the Court GRANTS the Joint Motion. The case is DISMISSED without prejudice. Each party to bear its own fees and costs. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

DATED: July 7, 2026

_____

Honorable Benjamin J. Cheeks
United States District Judge